IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INHERENT, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREENFIELD BELSER, LTD, et al.<br><br>　　　　Defendants.<br>_____/ | No. C 07-00651 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On February 7, 2007, Defendant Greenfield Belser, Ltd. filed a Motion to Dismiss or, Alternatively, for Summary Judgment, and noticed the matter for hearing on March 30, 2007. It is HEREBY ORDERED that Plaintiff's opposition shall be due on February 23, 2007. Greenfield Belser's reply shall be due on March 2, 2007. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 12, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE