IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INHERENT INC,

    Plaintiff,

v.

GREENFIELD BELSER LTD,

    Defendant.

No. C 07-00651 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO REMAND AND CONTINUING HEARING DATE**

On February 23, 2007, Plaintiff, Inherent, Inc., filed a motion to remand and noticed it for hearing on April 6, 2007. The Court HEREBY CONTINUES the hearing until April 13, 2007 at 9:00 a.m. and HEREBY ORDERS that Defendant's opposition to the motion to remand shall be due on March 9, 2007. Plaintiff's reply brief shall be due on March 16, 2007. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they must submit a request that demonstrates good cause for doing so. Finally, if Defendant intends to renew the motion to dismiss it withdrew in light of the filing of Plaintiff's amended complaint, it may notice that motion for a hearing on April 13, 2007, so long as the motion is filed within the time period required by the Northern District Civil Local Rules.

**IT IS SO ORDERED.**

Dated: February 27, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE