United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INHERENT, INC.,

    Plaintiff,

    v.

GREENFIELD BELSER, LTD, et al.

    Defendants.

No. C 07-00651 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    On March 5, 2007, Defendant Greenfield Belser, Ltd. Re-filed its Motion to Dismiss or, Alternatively, for Summary Judgment, and noticed the matter for hearing on April 13, 2007. It is HEREBY ORDERED that Plaintiff's opposition shall be due on March 16, 2007. Greenfield Belser's reply shall be due on March 23, 2007. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: March 7, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE