David M. Given (SBN 142375)
Spencer C. Martinez (SBN 206337)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
Tel: (415) 398-0900
Fax: (415) 398-0911

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| INHERENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREENFIELD BELSER LTD., et al., <br><br> Defendants. | CASE NO. C 07-0651 JSW <br><br> ***EX PARTE* APPLICATION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND** <br><br> Date: April 13, 2007 <br> Time: 9:00 a.m. <br> Courtroom 2, 17th Floor |

TO PLAINTIFF INHERENT, INC AND ITS COUNSEL OF RECORD:

Defendant Greenfield Belser, Ltd ("Greenfield") hereby applies *ex parte* for leave to file the appended surreply in opposition to plaintiff's motion for remand, scheduled for hearing before this Court on April 13, 2007.

Good cause exists for leave to file the 1.5-page surreply. Plaintiff has submitted new evidence and raised new arguments in its reply. Plaintiff also maintains that defense

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

EX PARTE APPLICATION TO FILE SURREPLY - USDC CASE NO. C 07-0651 JSW
S:\Clients\Greenfield\8306.1 (Inherent)\Pld\ex parte application for surreply\scm-ex parte application-surreply-032207

counsel committed a misdemeanor and is subject to sanctions for representing Greenfield. Defendant should be permitted to answer this charge.

DATED: March 23, 2007

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
Spencer C. Martinez
Attorneys for Defendant

ORDER: Plaintiffs not having opposed Defendant's motion, and Good cause appearing, leave to file the appended Surreply is hereby GRANTED.

DATED: March 29, 2007

_____
Hon. Jeffrey S. White
UNITED DISTRICT COURT JUDGE

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

EX PARTE APPLICATION TO FILE SURREPLY - USDC CASE NO. C 07-0651 JSW
S:\Clients\Greenfield\8306.1 (Inherent)\Pld\ex parte application for surreply\scm-ex parte application-surreply-032207

2