IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INHERENT INC,

    Plaintiff,

v.

GREENFIELD BELSER LTD,

    Defendant.

No. C 07-00651 JSW

**ORDER DENYING STIPULATION TO CONTINUE HEARING**

The Court has received the parties' stipulation to continue the hearing set for April 13, 2007, and has considered the basis for this request. The Court set the April 13, 2007 hearing date on February 27, 2007. Despite the fact that counsel for defendant was aware of the conflict in his schedule, the parties made no effort to request a continuance until the week of the hearing, and then the only basis for the delay is counsel's unexplained assumption that there would be no oral argument on the motion. The Court therefore DENIES the stipulated request to continue the hearing.

**IT IS SO ORDERED.**

Dated: April 10, 2007

                                                JEFFREY S. WHITE  
                                                UNITED STATES DISTRICT JUDGE