Patrick E. Catalano, ESQ. (SBN: 60774)
LAW OFFICES OF PATRICK E. CATALANO
1 Embarcadero Center, Suite 1310
San Francisco, CA 94111
Tel: (415) 788-0207
Fax: (415) 447-0066

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INHERENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREENFIELD BELSER, LTD., and Does 1 through 50 inclusive, <br><br> Defendants. | Case No.: C-07-0651 JSW <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

The parties, by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41, stipulate to a dismissal with prejudice.

///
///
///
///
///
///
///
///

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS SO STIPULATED:

Dated:

LAW OFFICES OF PATRICK E. CATALANO

By: _____
Patrick E. Catalano
Jannik P. Catalano
Attorneys for Plaintiff

Dated:

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
Spencer Martinez
Attorneys for Defendant

IT IS SO ORDERED:

Dated: May 3, 2007

_____
Judge of the United States District Court

2
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE